**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION**

| | |
|---|---|
| GRANT MCBRIDE,<br><br>    Plaintiff,<br><br>v.<br><br>SELINA J. TRAVIOLI and JBS<br>CARRIERS, INC. A Wisconsin Corporation<br><br>    Defendants. | No. 19-cv-651 |

**RE-NOTICE OF MOTION**

To: See Attached Service List

  PLEASE TAKE NOTICE that on March 27, 2019, at 9:30 a.m., or as soon thereafter as counsel may be heard we shall appear before the Honorable Jorge L. Alonso, **Room 1903**, Judge of the U.S. District Court of Illinois, 219 S. Dearborn Street, Chicago, Illinois, on or before any other Judge who may be hearing his call of Motions, on that day in his place and stead and shall then and there present the attached **Agreed Motion for Entry of Protective Order Pursuant to HIPAA**, a copy of which is herewith served upon you.

              Respectfully submitted,

              CASSIDAY SCHADE LLP

              By: s/Lara R. Lickhalter
                One of the Attorneys for Defendants, SELINA J.
                TRAVIOLI and JBS CARRIERS, INC.

Lara R. Lickhalter
ARDC No. 6306444
CASSIDAY SCHADE LLP
222 West Adams Street, Suite 2900
Chicago, IL 60606
(312) 641-3100
(312) 444-1669 – Fax
llickhalter@cassiday.com

## CERTIFICATE OF SERVICE

I hereby certify that on February 25, 2019 I electronically filed the foregoing document with the clerk of the court for Northern District of Illinois, using the electronic case filing system of the court. The electronic case filing system sent a "Notice of E-Filing" to the attorneys of record in this case.

Dated: February 26, 2019                          By: s/Lara R. Lickhalter

Lara R. Lickhalter
ARDC No. 6306444
CASSIDAY SCHADE LLP
222 West Adams Street, Suite 2900
Chicago, IL 60606
(312) 641-3100
(312) 444-1669 – Fax
llickhalter@cassiday.com

9081414 LLICKHAL;LLICKHAL