# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
### Eastern Division

Grant McBride
                              Plaintiff,

v.                                               Case No.: 1:19–cv–00651
                                                             Honorable Jorge L. Alonso

JBS Carriers, Inc., et al.
                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, March 27, 2019:

      MINUTE entry before the Honorable Jorge L. Alonso: Motion hearing held. For the reasons stated on the record, Defendants' motion to strike [8] is denied without prejudice. Plaintiff's motion to transfer case [12] is denied. Defendants' motion to adopt [15] is denied without prejudice. Defendants' motion for protective order [19] is denied without prejudice. Plaintiff's oral motion for leave to voluntarily dismiss case without prejudice is granted. Civil case terminated. Notice mailed by judge's staff (ntf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.